AGNES NIXON, Respondent, v. BEACON TRANSPORTATION CORPORATION, Appellant, and GILBERT WILSON, Respondent.*— Judgment in favor of plaintiff affirmed, with costs. (See Snyder v. Bopp [post, p. 989], decided herewith.) The verdict of $2,500 was not excessive in view of the nature of the injuries and the evidence as to pain and suffering. Appeal as against defendant Wilson dismissed, with ten dollars costs and disbursements, on the ground that the appellant is not a party aggrieved by that part of the judgment dismissing the complaint as to him. (Price v. Ryan, 255 N. Y. 16; Lafredo v. Baltic American Line, Inc., No. 2, 234 App. Div. 768.) Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Tompkins, J., concurs as to defendant Wilson, but dissents as to the affirmance of the judgment against defendant Beacon Transportation Corporation and votes for reversal and a new trial on the grounds stated in his dissenting memorandum in Snyder v. Bopp [post, p. 989], decided herewith.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH BERRAN, Appellants, Impleaded with ADOLPH GOLDBERG, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT VALENTO, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

MARIA RAIA, Respondent, v. ANTHONY J. RAIA, Appellant.— Order granting plaintiff's motion for alimony pendente lite and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

THERESA REITZ, Appellant, v. FRANK REITZ, Respondent.— Order appealed from in so far as it allows plaintiff $100 for counsel fees affirmed, without costs. In so far as it denies plaintiff's motion for alimony pendente lite the order is reversed on the law and the facts, without costs, and motion granted to the extent of allowing plaintiff the sum of ten dollars per week, the payment of alimony to begin from December 1, 1933, on condition that the plaintiff proceed to trial during the January, 1934, term. In our opinion, defendant is able to pay his wife ten dollars per week for her support. Under the circumstances of the case we deem it proper to direct that payment begin as of December 1, 1933. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

KENNETH ROACHE, Infant, by EMILY ROACHE, His Guardian ad Litem, and WILLIAM A. ROACHE, Respondents, v. BROOKLYN BOROUGH GAS COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

SOLOMON ROTHMAN, Appellant, v. WALLABOUT HOLDING CORPORATION, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. There were questions of fact to be submitted to the jury. It was for the jury to determine if plaintiff's method of doing the work was negligent or not, and whether, under the circumstances, defendant was negligent in permitting the window frame to be defective, and should have anticipated that plaintiff would use it as he did. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents and votes to affirm.

WILLIAM SCHLAPA, an Infant under the Age of Fourteen Years, by TONY

*Affd., 264 N. Y. 593.